### HORN, Respondent, *v.* PRIOR *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.* January 11, 1889.)

Appeal from Ninth district court. .

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.

*Charles W. Dayton* and *William King Hall,* for appellants. *David B. Ogden,* for respondent.

Order reversed, with costs, and restitution of the $750 rent paid ordered.

---

### PEOPLE *v.* BUHLER.

*(Common Pleas of New York City and County, General Term.* April 1, 1889.)

No opinion. Application granted.